

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2016

No. 04-16-00348-CV

Tammie **JOLLIFF**,
Appellant

v.

Edward A. **SPRINGS**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2016-CV-0112
Honorable Robin V. Dwyer, Judge Presiding

## SHOW CAUSE ORDER

Appellant's brief was due to be filed by August 26, 2016. Neither the brief nor a motion for extension of time have been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a)(1).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court